**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 30 MAL 2022

           Respondent          :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

           v.                         :

                               :

JOSEF CHARLES RASZLER,          :

           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.